UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MUNICIPAL REVIEW COMMITTEE INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 1:14-cv-00180-DBH |
| USA ENERGY GROUP LLC, | ) ) ) | |
| Defendant | ) | |

**ORDER ON DEFENDANT USA ENERGY GROUP, LLC'S
MOTION TO STAY (ECF NO. 35)**

This matter is before the Court on Defendant USA Energy Group, LLC's Motion to Stay (ECF No. 35). Through its motion, Defendant requests that the Court stay all discovery and other scheduling order deadlines until after the Court has ruled on the pending motion to dismiss, and the parties have exhausted any available appellate procedure. Defendant maintains that the motion to dismiss raises a legitimate standing issue, and that a stay would allow Defendant to avoid the time and expense of continuing discovery if Defendant is successful on its motion to dismiss.

The district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones,* 520 U.S. 681, 706–07 (1997). As a general rule, the fact that a party intends to file, or has filed a motion to dismiss does not warrant the entry of a stay order. *Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990). Although on occasion discovery is stayed or restricted on the basis of an early dispositive motion, 8A Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 2040 (3d ed. 2010), in this case, even if Defendant prevails on its motion, Defendant undoubtedly will have to respond to most of the discovery requests that it seeks to avoid. That is, if the Court dismisses Plaintiff's claims, given the parties' arguments, the Court anticipates that the basic claims asserted by Plaintiff will proceed

insofar as other parties, including some of the municipalities that comprise Plaintiff, will likely be substituted for Plaintiff.

In short, because the Court is not convinced that Defendant will be able to avoid discovery regardless of the merit of its motion to dismiss, the Court is not persuaded that the entry of a stay is warranted. Accordingly, the Court denies Defendant's motion to stay.

## CERTIFICATE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

***So Ordered.***

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 21st day of January, 2015.